In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Public Place in the Borough of Queens.

KEW GARDENS ESTATES, INC., Appellant; PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.

Argued June 16, 1942; decided July 29, 1942.

*H. H. Nordlinger* and *Jacob M. Dinnes* for appellant.

*William C. Chanler, Corporation Counsel* (*Reuben Levy, Julius Isaacs* and *Benjamin Offner* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.